```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

RICHARD ENRIQUE ULLOA          :         CIVIL ACTION
                               :
          v.                   :
                               :
"HOLDER OF THE KEY,"           :
P.J. VAN BLARCUM               :         NO.  09-518
```

MEMORANDUM

Bartle, C.J.                                        August 28, 2009

   Before the court is the pro se "petition for emergency writ of habeas corpus" of Richard Enrique Ulloa. He seeks immediate discharge from a prison in the State of New York.

I.

   Respondent has not answered Ulloa's petition. For the present purposes, we therefore recite the facts as stated by Ulloa.

   Ulloa has been confined in the County of Ulster Corporation Jail in Kingston, New York since July 14, 2009. Ulloa asserts that Respondent "is a corporation for profit" holding him "against his will, over his objection, and without his consent," because "no criminal action in the State of New York has been commenced against [him] by the filing of an affidavit/complaint, [or] by a competent fact witness, alleging the necessary and essential facts sufficient to constitute the elements of a crime that would invoke a lawful court's jurisdiction in the first instance." See Pet. at 1. Ulloa contends that we can review the instant petition because we have

original jurisdiction over Delaware corporations "operating in New York, involving their foreign relations matters." Id. at 2.

## II.

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254, a district court may summarily dismiss a habeas petition "if it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief." Having reviewed the face of the instant petition, we conclude that summary dismissal is appropriate in this case.  Contrary to Ulloa's assertion, the court does not have jurisdiction over the instant proceeding because Ulloa is not in custody in the State of Delaware, he does not challenge a sentence or conviction imposed by the State of Delaware, and he does not challenge a sentence or conviction imposed by this court.[1]  See 28 U.S.C. § 2254; 28 U.S.C. § 2241(d) (petition may be filed either in the district "wherein such person is in custody or ... the district within which State court was held which convicted and sentenced him"); 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases in the United District Courts, 28 U.S.C. foll. § 2254. Based on these circumstances, the instant proceeding cannot go

---

[1]. Ulloa has identified respondent P.J. Van Blarcum as "Holder of the Key," a corporate entity incorporated in the State of Delaware.  We highly doubt that Van Blarcum is incorporated in this State.  However, even if Van Blarcum has been incorporated here, it would still be improper under 28 U.S.C. §§ 2254 and 2241 for us to consider the instant petition.

forward in this court.  Accordingly, we will deny the petition without prejudice to seeking relief in the appropriate court.